**David Cutler, 036107**
**Phoenix Fresh Start Bankruptcy**
**4131 Main St.**
**Skokie, IL 60076**
**Phone: 602-598-5075**
**Email: documents@phxfreshstart.com**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter: 13 |
| KRISTEN E FLORES, | Case No. 2:24-bk-08545-PS |
| ERNESTO FLORES, | NOTICE OF HEARING ON OBJECTION TO TRUSTEE RECOMMENDATION |
| Debtors. | |

PLEASE TAKE NOTICE that on **April 15, 2025 at 10:30 AM, a hearing will be had on the Debtors' Objection to Trustee Recommendation.**

Parties will be expected to appear in person at U.S. Courthouse and Federal Building, 230 North 1st Avenue, Courtroom 601, Phoenix, AZ 85003.

All hearings before Judge Sala will be held in person. Participants may request approval to appear via the Zoom for Government platform, or telephonically, by:

1. Emailing such request to Margaret Kelly, Courtroom Deputy to Judge Sala, at psecfhearing@azb.uscourts.gov;
2. At least 24 hours before the scheduled hearing.

Dated: February 20, 2025.

                                                Respectfully submitted:

                                                /s/ *David Cutler*
                                                David Cutler, 036107
                                                Phoenix Fresh Start Bankruptcy
                                                4131 Main St.
                                                Skokie, IL 60076
                                                Attorney for Debtor

Objection

**CERTIFICATE OF SERVICE**

Original of the foregoing filed ECF and Copies mailed/emailed on this 20th day of February 2025 to:

U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, Arizona 85003
USTPRegion14.PX.ECF@USDOJ.GOV

Russell Brown, Trustee
3838 North Central Avenue
Suite 800
Phoenix, Arizona 85012-1965
mail@ch13bk.com

Creditors appearing on
the Master Mailing List

/s/ David Cutler

Objection